IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA
ex rel. A. EUGENE LEWIS,

    Plaintiff,

vs.                                    CASE NO.: 4:02cv238-SPM

TOM ADAMS, et al.,

    Defendants.
_____/

## ORDER DISMISSING CASE

Plaintiff, having failed to respond to the Order to Shoe Cause (doc. 37), it is

ORDERED AND ADJUDGED that this case is dismissed without prejudice for failure to serve process and failure to obey an order of the court.

DONE AND ORDERED this 12th day of September, 2006.

                                            *s/ Stephan P. Mickle*
                                            Stephan P. Mickle
                                            United States District Judge